

JS-6

FILED
CLERK, U.S. DISTRICT COURT
2/5/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN LANTRY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 8:18-cv-00382-MAA<br><br>**JUDGMENT** |

    In accordance with the Order Reversing Final Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: Feb. 5, 2019

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE